**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-81072-MIDDLEBROOKS

JOSEPH MANZARO,

Plaintiff,

v.

SEAN JOSEPH COMBS et al.,

Defendants.
_______________________________________/

**ORDER SUA SPONTE DISMISSING COMPLAINT WITH PREJUDICE**

THIS CAUSE is before the Court, *sua sponte*. Following the denial of Plaintiff's Rule 60(b) Motion for Relief in a similarly fashioned and now closed case, Plaintiff has filed the instant action. *See Joseph Manzaro v. Sean Joseph Combs, et al.*, Case No. 25-80422 (DMM) at DE 67 (Manzaro I). Manzaro I was initially closed following Plaintiff's voluntarily dismissed, filed on August 12, 2026. (*Id.* at DE 46). In denying Plaintiff's Rule 60(b) Motion, I concluded that "Plaintiff does not provide sufficient facts to warrant this extraordinary relief and fails to tether his representations to any applicable law. Instead, it appears that Plaintiff has simply changed his mind about pursuing this action. But such decisions are beyond the narrow scope of Rule 60(b)." (*Id.* at DE 67).

Plaintiff's Complaint in Manzaro II largely repeats the same allegations against the same Defendants. From the inception of Manzaro I, I have pointed out the likely frivolous nature of Plaintiff's claims. (*Id.* at DE 10). And in my Order granting sanctions, I noted explicitly that the Amended Complaint in Manzaro I "are objectively frivolous." (*Id.* at DE 52). Indeed, Plaintiff revives certain claims from his original Complaint in Manzaro I, such as seeing Beyonce and Jay-Z, along with Gloria Estefan. (DE 1 at 24). Some of the very same averments that warranted

sanctions against Plaintiff's former counsel in Manzaro I continue to be alleged here. On these allegations, the Complaint continues to strain credulity and remains objectively frivolous.

Accordingly, it is **ORDERED and ADJUDGED** that:

1. Plaintiff's Complaint (DE 1) is **DISMISSED WITH PREJUDICE**.
2. The Clerk of Court shall **CLOSE THIS CASE**.
3. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 18 day of September, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE